1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GERALD MANNY MARSHALL, | NO. CV 13-3494-RGK (MAN) |
| 12 | Plaintiff, | |
| 13 | v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| 14 | K. CRAMINS, et al., | |
| 15 | Defendants. | |

16
17
18   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the
19 records herein, the Report and Recommendation of United States Magistrate Judge
20 ("Report"), and Plaintiff's Objections to the Report.  Pursuant to 28 U.S.C. § 636(b)(1)(C)
21 and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those matters to
22 which objections have been stated in writing.
23
24   Having completed its review, the Court accepts the findings and recommendations
25 set forth in the Report.  Accordingly, IT IS ORDERED that Judgment shall be entered
26 dismissing this action without prejudice.
27 ///
28 ///

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 28, 2013.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE