UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MANNY MARSHALL,<br><br>    Plaintiff,<br><br>    v.<br><br>K. CRAMINS, et al.,<br><br>    Defendants. | NO. CV 13-3493-RGK (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 28, 2013.

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE